IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



```
————————————————————————X
                        "
UNITED STATES OF AMERICA,
                        "
          Plaintiff,    "        Case# 91Cr. 634-02(VM)
                        "
                        "
     vs.                "
                        "
                        "
FREDDY FERMIN, et al.,  "
                        "
          Defendant.    "
                        "
————————————————————————X
```

DEC 1 7 2008

U. S. DISTRICT COURT
FILED
S. D. OF N.Y.

PRO SE OFFICE

### NOTICE OF APPEAL

Comes Now, **FREDDY FERMIN** hereinafter Defendant this _12_ day
of December 2008, pursuant to Federal Rules of Appellate procedure
4(b), to appeal the denial of his **18 U.S.C. 3582(c)(2)** files
in accordance to Amendment 706, and further states to wit:

1.    On or about June 26, 2008, Defendant filed his initial
§3582(c)(2) pursuant to Amendment 706 within this said Court,
whereas the same was both Traversed by the Government and denied
on July 25, 2008 via Order of Judge Victor Marrero.

2.    On or about August 11, 2008, Defendant filed a **Motion for
Reconsideration** of his §3582(c)(2), whereas the same was both
Traversed by the Government and denied on November 13, 2008 via
Order of Judge Victor Marrero.

3.    Notice is hereby given that the Defendant Freddy Fermin,

JAN 14 2009 9:00 AM

in the above criminal matter, hereby appeals the Final Judgement denial of his §3582(c)(2) from the Southern District Court of New York: Final Order on denial dated November 13, 2008; stamped filed November 14, 2008; but received by Defendant on December 9, 2008.

4.     Defendant Fermin verifies his late reception of the Court's Order of denial by:

    (a) **Exhibit "A"** - Copy of the Envelope with its mail out
        date stamped December 03, 2008.
    (b) **Exhibit "B"** - Copy of the last page of the Order, noted
        and signed by Defendant's Unit Manager, Mr. Whritenour,
        (sic) that the Order received by Inmate Fermin #30556-054
        at F.C.I. Fort Dix - was on December 09, 2008.

5.     Defendant Fermin was not apprised via Order of denial of his §3582(c)(2) until December 9, 2008, subsequently, the late reception of the Court's November 13, 2008 Order was no fault of Defendant; rather it was that of the Clerk of the Court.

6.     Defendant now acts in good faith; and according to the standards of excusable neglect as held in, **Fallen v. U.S.**, **378 U.S. 139, 143-44(1964)**, invokes the tolling of the time from the signing of the Order on November 13, 2008, until the reception of the order into Defendant's possession on December 09, 2008.

7.     Defendant request to submit a memorandum of law in support of his §3582(c)(2) pursuant to Amendment 706 before the Appeals

Court, and humbly awaits a briefing schedule.


**WHEREFORE**, for the above stated reasons, Defendant Fermin

moves this Court to accept as timely his Notice of Appeal, and

forward the same with Court records to the Second Circuit Court

of Appeals.


Respectfully submitted,

Freddy Fermin
Fed. Reg. No. 30556-054
F.C.I. Fort Dix
Dated: December 12, 2008          P.O. Box 2000
       Fort Dix, New Jersey       Fort Dix, New Jersey 08640



SO ORDERED: Request GRANTED.
The Clerk of Court is directed to enter
into the docket of this matter, the
Notice of Appeal of defendant Freddy
Fermin as timely filed
1-5-09
DATE          VICTOR MARRERO, U.S.D.J.

U.S. DISTRICT COURT
FILED
JAN 1 3 2009
S.D. OF N.Y.

(3)

## CERTIFICATE OF SERVICE

I, **FREDDY FERMIN**, hereby certify that a true and correct copy
of this **Notice of Appeal** has been forwarded by U.S. mail, postage
pre-paid this _12_ day of December 2008, and sent to:

A.U.S.A.
Antonia M. Apps
One St. Andrew's Plaza
New York, New York 10007-1703

Respectfully submitted,

Freddy Fermin
Fed. Reg. No. 30556-054
F.C.L. Fort Dix
P.O. Box 2000
Fort Dix, New Jersey 08640

## MAILBOX RULE

Defendant **FERMIN**, invokes the "Mailbox Rule" pursuant to
**Houston v. Lack**, 487 U.S. 266: and states that he has timely
mailed this Notice of Appeal by placing it into Prison officials
custody.

WITNESS
Unit6 Msr
FCI FTDIX nJ

FREDDY FERMIN

U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE \$300

SPECIAL MAIL – OPEN ONLY
IN PRESENCE OF INMATE

Freddy Fermin
30556-054
FCI Fort Dix
P.O. Box 2000
Fort Dix, NJ 06840

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, NY 10007

OFFICIAL BUSINESS

SPECIAL MAIL – OPEN ONLY
IN PRESENCE OF INMATE

Exhibit A

drug enterprise. There is no indication on the record that Judge Freeh or Judge Mukasey factored the crack cocaine amounts into their determinations of the cocaine quantity used to sentence Fermin, a sentence that was upheld by the Second Circuit. Fermin's mere speculation is not sufficient to warrant a reconsideration of the Court's order denying resentencing.

## III. ORDER

For the reasons stated above, it is hereby

ORDERED that the motion of defendant Freddy Fermin for reconsideration of the Court's order denying resentencing (Docket No.407) is DENIED.

SO ORDERED:

Dated: New York, New York
       13 November 2008

_____
VICTOR MARRERO
U.S.D.J.

Order Received By Ilia Fermin
                    30558-054,
at FCI FT DIX - on 12/7/08

/White /Limiteraur
Unit Manager FCI FT DIX
N.J.
Copy.

-6-